CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

FEB 1 9 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

WILLIS E. DUPREE,  )
      Plaintiff,  )    Civil Action No. 7:08-cv-00066
        )
v.  )    **FINAL ORDER**
        )
DEPARTMENT OF DEFENSE, <u>et al.</u>,  )    By: Hon. Jackson L. Kiser
      Defendants.  )    Senior United States District Judge

In accordance with the memorandum opinion entered this day it, is hereby

## ORDERED

that plaintiff's complaint shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A, for

failure to state a claim upon which relief may be granted. This case will be **STRICKEN** from the

active docket of the court, and any outstanding motions are **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and accompanying memorandum

opinion to plaintiff.

**ENTER**: This 19th day of February, 2008.

_____
Senior United States District Judge